```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| DANIELLE KNIGHT,<br><br>                Plaintiff,<br><br>    v.<br><br>ORVIAL R. STEPHENS, et al.,<br><br>                Defendants. | Civil No. 07-3950-JEI-AMD |

**SCHEDULING ORDER**

       This Matter having come before the Court as a result of a Demand for Trial De Novo, filed on August 6, 2008, by counsel for defendant CRST Van Expedited, Inc.; and it appearing to the Court that the parties reserved their rights to conduct depositions of proposed expert witnesses and reserved their rights to file dispositive motions after the arbitration process; and for good cause shown:

       **IT IS** this **11th** day of **August 2008**, hereby **ORDERED**:

       1. Depositions of proposed expert witnesses shall be concluded by **September 15, 2008**.

       2. **Dispositive Motions**.  Dispositive motions shall be filed with the Clerk of the Court no later than **September 30, 2008**.  Opposition to the motion should be served in a timely fashion.  Counsel are to follow L. Cɪᴠ. R. 7.1(c), (d) and (e), 56.1 and 78.1 (Motion Practice - Generally).

       3.  The Court will conduct a settlement conference on **October 8, 2008 at 11:30 A.M.**.  Clients with settlement authority shall appear in person.  Counsel shall exchange and submit settlement memoranda to the Court at least two days prior to the conference.

       4.  The Final Pretrial Conference shall be conducted on **November 13, 2008 at 11:00 A.M.**.  The form Joint Final Pretrial Order (original and two copies for the court, with sufficient copies for all counsel), as signed by all counsel, shall be delivered to the Court at the conference.  The plaintiff's portion

of the proposed order shall be prepared and sent to defense counsel not later than **October 24, 2008.** Defendants' portion of the proposed order shall be prepared and returned to counsel for plaintiff not later than **November 7, 2008. FAILURE TO APPEAR AT THIS CONFERENCE WILL LEAD TO THE IMPOSITION OF SANCTIONS, INCLUDING COSTS.**

       **TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT.** F<small>ED</small>. R. C<small>IV</small>. P. 16(d).


                                        s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        United States Magistrate Judge

cc:  Hon. Joseph E. Irenas